United States District Court
Southern District of Texas
**ENTERED**
April 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE ACTION NO. |
| | § | 2:19-mj-1266 |
| Domingo Martinez-Cuellar | § | |

**ORDER OF DETENTION PENDING TRIAL FOR MATERIAL WITNESS**

On April 2, 2019, Material Witnesses Jesus De Grina Zambrano-Cruz and Ernesto Martinez-Murillo waived their right, without prejudice, to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Accordingly, the material witnesses are ordered detained without bond pending trial.

Each material witness is committed to the custody of the United States Marshal or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Each material witness shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the material witness to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 12th day of April, 2019.

*Jason Libby*

Jason B. Libby
United States Magistrate Judge
